UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELITZA PICON,<br><br>                  *Plaintiff*,<br><br>v.<br><br>WEXLER DERMATOLOGY,<br><br>                  *Defendant*. | Index No. 18-cv-7949(GBD)<br><br>**STIPULATION OF<br>VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, Yelitza Picon, on the one hand and Defendant, Wexler Dermatology, on the other hand, by and through their undersigned counsel, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

AND IT IS FURTHER HEREBY STIPULATED AND AGREED, that this stipulation may be delivered by electronic means (i.e. facsimile or attachment to e-mail), and that signatures delivered electronically shall be deemed original signatures.

| | |
|---|---|
| THE MARKS LAW FIRM, P.C<br><br>By: _____<br>      Bradly G. Marks<br>175 Varick Street, 3rd Fl<br>New York, NY 10014<br>T: (646) 770 - 3775<br>F: (646) 867 - 2639<br>www.markslawpc.com<br>*Attorneys for Plaintiff* | PRYOR CASHMAN LLP<br><br>By: _____<br>      Sarah E. Bell, Esq.<br>7 Times Square<br>New York, New York 10036<br><br>*Attorneys for Defendant Wexler Dermatology* |

SO ORDERED: _____ Nov 07 2018

3324907 v1
23788.00001